IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT COPELAND                                                                PLAINTIFF

v.                                              NO. 4-06CV00179GH

MARY JO RING, Individually and in her official
Capacity as Director of the University of Arkansas
For Medical Sciences Physical Plant; MARLON
JOINER, individually and in his official capacity
As Assistant Director of the University of Arkansas
For Medical Sciences Physical Plant; STANLEY E. REED,
CHARLES E. SCHARLAU, III, TIM E. HUNT, JOHN
E. ANTHONY, JAMES E. LINDSEY, CARL JOHNSON,
MIKE AKIN, CRAIG CAMPBELL, JIM VON GREMP, and
JANE ROGERS, Individually and in their official capacity
As Trustees of the University of Arkansas Board of Trustees.          DEFENDANTS

**ORDER OF DISMISSAL WITH PREJUDICE**

On this date comes to be heard the plaintiff, who has notified the Court that all issues in this case have

been compromised, and that plaintiff moves that this case be dismissed with prejudice.  Having considered

the plaintiff's Motion, the Court finds that all issues have been compromised and that plaintiff's Motion

should be granted.

THEREFORE IT IS ORDERED AND ADJUDGED THAT this case is hereby dismissed with

prejudice.  Defendants are ordered to pay to plaintiff the sum of $10,000 in back pay, subject to and minus

all withholdings and deductions required by law, and $5,000 in damages, which shall fully satisfy all of

plaintiff's alleged damages of whatsoever nature.  Further, defendants are ordered to pay to plaintiff's

counsel, Harrill & Sutter, the sum of $10,000 in full satisfaction of all claims by plaintiff and his attorney for

attorney fees and costs.

_____
UNITED STATES DISTRICT JUDGE

December 19, 2006